IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY SLOAN,

    Plaintiff

v                                      Civil: C-1-01-592

CITY OF CINCINNATI,

    Defendant

**ORDER**

Defendant's Unopposed Motion to Re-Amend the Scheduling Order (#24) is GRANTED. The following schedule shall control the disposition of the above styled case:

```
1.   Motion cut-off         November 1, 2003
2.   Joint Pretrial Order   March 5, 2004
3.   Trial term             April 1004
```

**IT IS SO ORDERED.**

                                                        **s/Herman J. Weber**
                                                        **Herman J. Weber, Senior Judge**
                                                        **United States District Court**