UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY SLOAN,** | : | |
| | | CASE NO. C - 1 - 01 - 592 |
| **Plaintiff,** | : | |
| | | Judge Weber |
| vs. | : | Magistrate Hogan |
| | | |
| **CITY OF CINCINNATI, et al.,** | : | Defendants' Unopposed Request |
| | | For Ten Day Extension of Time |
| **Defendants.** | : | To File Dispositive Motion |

By and through counsel, the Defendants City of Cincinnati, Hale, Shatzer, and Triggs hereby respectfully request the Court to grant them a ten day extension of time in which to file a dispositive motion. Per the terms of the pending scheduling order, November 1, 2003, a Saturday, and thus the following business day, which is today, November 3, is the Motion Cut-Off day. Defendants have encountered unexpected problems concerning the electronic scanning of final and complete transcripts of state court proceedings which need to be filed in this case. Following communications with the court reporters involved, counsel is assured that this will be accomplished by the end of this week. Wherefore, counsel respectfully requests the Court to grant a ten day extension of the Dispositive Motion Cut-Off date to November 13, 2003. Defendants' Counsel has discussed this request with Plaintiff's counsel who has indicated it will not be opposed.

              Respectfully submitted,

              J. RITA McNEIL
              CITY SOLICITOR
              City of Cincinnati

/S/ Michael J. Harmon

_____

Michael J. Harmon (0018344)
Senior Assistant Solicitor
TRIAL COUNSEL FOR DEFENDANTS
214 City Hall
8th & Plum Streets
Cincinnati, Ohio 45202
(513) 352-3333/3334  Fax 352-1515
mike.harmon@cincinnati-oh.gov

No Objection:

/S/ OKed per telephone, 11/3/03
                MJH
_____
Timothy A. Smith (0032087)
TRIAL COUNSEL FOR PLAINTIFF
119 East Court Street
Cincinnati, Ohio 45202
(513) 632-5333   Fax 421-1890
timsmit@mac.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2003, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following: Timothy A. Smith, Esq., Plaintiff's Counsel, 199 East Court St., Suite 409, Cincinnati, OH 45202, and the same has been discussed by telephone with Plaintiff's Counsel and transmitted by fax to 421.1890 on 4th day of November, 2003.

/s/Michael J. Harmon
Michael J. Harmon