**City Of Cincinnati** TICKET NO: 75-3207520

NAME: ANTHONY SLOAN    37925

STREET: 3431 WABASH ST.

CITY, STATE: CINTI, OHIO    ZIP: 45207

LICENSE NO: NONE    STATE: —

LICENSE ISSUED YR: —    EXPIRES MO: —    YR: —    RACE: B

SSN: 279 64 0443    D.O.B.: MO 5  DAY 6  YR 66

SEX: M    HEIGHT: 509    WEIGHT: 248    HAIR: BLK    EYES: BRO

LICENSE CLASS: N/A    CONTROL #: 1322357

DOT #: —

FINANCIAL RESPONSIBILITY PROOF SHOWN [ ] YES [X] NO

TO DEFENDANT: COMPLAINT

9-4-99 AT 1512

[X] PASS  [ ] COMM  [ ] CYCLE  [ ] OVER 26001  [ ] BUS  [ ] HAZ MAT  [ ] OTHER

VEHICLE YR: 88    MAKE: CHEVY SPECTRUM    BODY TYPE: 4DR

COLOR: MAR    LICENSE: U215606    TYPE: TM/99    STATE: OH

UPON A PUBLIC HIGHWAY, NAMELY: 2260 DANA AV.

IN THE CITY OF CINCINNATI, COUNTY OF HAMILTON (# 31), STATE OF OHIO, COMMITTED THE FOLLOWING OFFENSE:

[X] DRIVERS LICENSE: [X] None [X] Suspended [ ] Revoked
Suspension Type: SP FRA 2-20-98 - 2-20-03    4507.02    B1
COURT APPEARANCE REQUIRED [X] YES [ ] NO    [X] ORC

[X] OTHER OFFENSE: TMP TAG EXPIRED *
ALTERED 9-1-99    503-52
VIN# J81RE5172J7527439
COURT APPEARANCE REQUIRED [ ] YES [X] NO    [ ] ORC [X] CMC

PAVEMENT: [X] Dry
VISIBILITY: [X] Clear
WEATHER: [X] No Adverse Weather
TRAFFIC: [X] Light
AREA: [X] School
CRASH: [X] No

COURT DATE: CAL
9-4-99

Signature: Laun Shatzer    367    2
BADGE    UNIT

CITY EXHIBIT A