IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY SLOAN, : Case No. C-1-01-592

      Plaintiff, : Judge Weber

vs. :

: **NOTICE OF APPEARANCE OF COUNSEL**

CITY OF CINCINNATI, et al.

      Defendants. :

:

Notice is hereby given that Michael J. Harmon, Assistant City Solicitor, is entering an appearance in the above captioned case as trial attorney for Defendants City of Cincinnati, and Ronald Hale, III, Laurie Shatzer and Alvin Triggs in their official capacities.

    Respectfully submitted,

    **JULIA L. McNEIL (0043535)**
    City Solicitor

    /s/ Michael J. Harmon
    **MICHAEL J. HARMON (0018344)**
    Trial Counsel for Defendants
    City of Cincinnati, and Hale, Shatzer and
    Triggs in their official capacities
    Assistant City Solicitor
    Room 214, City Hall
    801 Plum Street
    Cincinnati, Ohio 45202
    (513) 352-3333
    FAX: (513) 352-1515
    Email: mike.harmon@cincinnati-oh.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2004, a copy of the foregoing Notice of Appearance of Counsel was filed electronically with the U.S. District Clerk of Courts using the CM/ECF system, with a copy to Timothy A. Smith, counsel for Plaintiff, at 119 East Court Street, Cincinnati, Ohio 45202, and to Stephen S. Lazarus, special counsel for Defendants Hale, Shatzer and Triggs, 915 Cincinnati Club Building, 30 Garfield Place, Cincinnati, Ohio 45202.

/s/ Michael J. Harmon
MICHAEL J. HARMON  (0018344)
Assistant City Solicitor