

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 MAR 25 PM 12: 54

| | | |
|---|---|---|
| ANTHONY SLOAN, | : | Case No. C - 1 - 01 - 592 |
| Plaintiff, | : | Judge Weber |
| vs. | : | NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT ALVIN TRIGGS |
| CITY OF CINCINNATI, et al., | : | |
| Defendants. | : | |

Plaintiff hereby gives notice of his dismissal of Defendant Alvin Triggs from the above captioned case pursuant to F.R.C.P. 41.

Respectfully submitted,

Timothy A. Smith
Reg. No. 0032087
Attorney for Defendant
119 E. Court St.
Suite 406
Cincinnati OH 45202
(513) 632-5333

### Certificate of Service

I hereby certify that a copy of the foregoing was served by Regular U.S. Mail on the following counsel of record this 24th day of March, 2004.

Michael J. Harmon
City of Cincinnati Law Department
214 City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3333/34  Fax 352-1515

Stephen S. Lazarus (0041368)
Hardin Lefton Lazarus & Marks
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio
(513) 721-7300  Fax 721-7008

_____
Timothy A. Smith