UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY SLOAN,

          Plaintiff,

    v.                                                C-1-01-592

CITY OF CINCINNATI, et al

          Defendant.

## ORDER

The parties having **CONSENTED** (see attached ) this case is hereby **transferred** to the United States Magistrate Judge Timothy S. Hogan under 28 U.S.C. § 636(c) to conduct any and all proceedings in this case, including the trial, and order the entry of judgment.

Parties are advised that the Joint Pretrial Order deadline and the April 2004 trial term setting are VACATED.

Any appeal will be to the United States Court of Appeals for the Sixth Circuit.

IT IS SO ORDERED.

                                                    Herman J. Weber, Senior Judge
                                                    United States District Court



**Tim Smith**
<timsmit@mac.com>
03/09/2004 02:22 PM

To: Darlene Maury <weber_chambers@ohsd.uscourts.gov>
cc: Mike Harmon <Mike.Harmon@cincinnati-oh.gov>
bcc:
Subject: Sloan v. City

Darlene

Anthony Sloan hereby consents to the referral to the magistrate for trial.

Tim Smith



"Harmon, Mike" &lt;Mike.Harmon@cincinnati-oh.gov&gt;
03/09/2004 02:32 PM

To: "'weber_chambers@ohsd.uscourts.gov'" &lt;weber_chambers@ohsd.uscourts.gov&gt;
cc:
bcc:
Subject: Anthony Sloan v. City of Cincinnati, et al.  C-1-01-592

Defendant City of Cincinnati hereby consents to trial by the Magistrate.



"Harmon, Mike"
<Mike.Harmon@cincinnati-oh.gov>

03/12/2004 05:48 PM

To: "'weber_chambers@ohsd.uscourts.gov'" <weber_chambers@ohsd.uscourts.gov>
cc: "'stevelazarus@hllmlaw.com'" <stevelazarus@hllmlaw.com>, "'timsmit@mac.com'" <timsmit@mac.com>
bcc:
Subject: Sloan v. Cincinnati, et al.  C-1-01-592

Individual defendants Hale and Shatzer hereby consent to submit this case to the magistrate.

As previously indicated by telephone, individual defendant Triggs is hospitalized for an indeterminate time with a serious medical condition.  He will be unavailable for legal proceedings in the near future.  Mr. Smith, counsel for Plaintiff Triggs, indicated he was considering dismissing defendant Triggs.