UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Sloan,
    Plaintiff,

    v.                               Case No. 1:01cv592
                                     (Hogan, M.J.)

City of Cincinnati, et al.,
    Defendants.

**NOTICE**

    Please take notice that the above-captioned case has been set for a scheduling conference before the Honorable Timothy S. Hogan on:

Wednesday, May 5, 2004, at 9:30 am
Room 706 Potter Stewart U.S. Courthouse

                                    Timothy S. Hogan
                                    United States Magistrate Judge


                                    s/Barbara A. Crum
                                    Courtroom Deputy

cc:    All Counsel
bac    March 29, 2004