UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Sloan,
    Plaintiff,

v.                         Case No. 1:01cv592
                                (Hogan, M.J.)

City of Cincinnati, et al.,
    Defendants.

**CALENDAR ORDER**

This case shall proceed as follows:

5. Dispositive motion deadline:
    Plaintiff's memorandum in opposition due: **May 21, 2004**
    Defendant's reply due: **May 31, 2004**

6. Joint final pretrial order: **Submitted to the Court 3 days prior to FPTC**

7. Final pretrial conference: **November 12, 2004, at 9:30 am**

8. Jury Instructions: **Submitted to the Court 7 days prior to Trial**

9. Jury Trial: **December 6, 2004, at 9:30 am, Courtroom to be determined**

IT IS SO ORDERED.


Date   5/5/2004                              s/Timothy S. Hogan
bac    May 5, 2004                         Timothy S. Hogan
                                         United States Magistrate Judge