UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY SLOAN, | : | CASE NO. C-1-01-592 |
| Plaintiff, | : | J. Weber<br>M.J. Hogan |
| v. | : | |
| CITY OF CINCINNATI, et al., | : | **NOTICE OF MANUAL FILING OF STATE COURT TRANSCRIPTS IN SUPPORT OF DEFENDANTS'** |
| Defendants. | : | **MOTION FOR SUMMARY JUDGMENT** |

Notice is hereby given that the following Transcripts of Proceedings (Volumes 1-4, Motion, and Verdict) in the case of **State of Ohio vs. Anthony Sloan,** Hamilton County Court of Common Pleas Case No. B9906714, and Transcripts (Volume 1-2) in the case of **State of Ohio vs. Ralphel Sloan**, Hamilton County Municipal Court Criminal Division, Case No. 99CRB42173A&B, in Support of the Defendant's Motion for Summary Judgment have been manually filed in the above-referenced matter with the Court on June 30, 2004.

                                                **JULIA L. McNEIL (0043535)**
                                                **City Solicitor**

                                                */s/ Michael J. Harmon*
                                                **MICHAEL J. HARMON(0018344)**
                                                **Assistant City Solicitor**
                                                214 City Hall
                                                801 Plum Street
                                                Cincinnati, Ohio 45202
                                                (513) 352-3333
                                                FAX: (513) 352-1515
                                                Email: mike.harmon@cincinnati-oh.gov
                                                Trial Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2004, a true and accurate copy of the foregoing Notice of Manual Filing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

>  */s/ Michael J. Harmon*_____
>  **MICHAEL J. HARMON (0018344)**
>  **Assistant City Solicitor**