UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY SLOAN,** | : | Case No. C-1-01-592 |
| Plaintiff, | : | Honorable Judge Hogan |
| vs. | : | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| **CITY OF CINCINNATI, ET AL.** | : | |
| Defendants. | : | |

Pursuant to United States District Court, Southern District of Ohio Local Rule 4.3(e), now comes Gloria J. Sigman, Assistant City Solicitor, and hereby gives notice of her substitution for Michael J. Harmon, Assistant City Solicitor, as counsel for the following Defendants: City of Cincinnati, Ronald Hale III, Laurie Shatzer, and John Does 1-9. This substitution is made with the knowledge and consent of Julia L. McNeil, City Solicitor for the City of Cincinnati

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor

*/s/ Gloria J. Sigman*
**GLORIA J. SIGMAN (0065145)**
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3327
FAX: (513) 352-1515

**CERTIFICATE OF SERVICE**

    I hereby certify on July 30th, 2004, a true and accurate copy of the foregoing Notice of Substitution of Counsel was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                                        /s/ Gloria J. Sigman
                                                                      **GLORIA J. SIGMAN (0065145)**
                                                                      Assistant City Solicitor