FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2004 OCT 26  AM 11:02

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Anthony Sloan,
    Plaintiff,

v.

Case No. 1:01cv592
(Hogan, M.J.)

City of Cincinnati, et al.,
    Defendants.

## CIVIL MINUTES
### STATUS CONFERENCE

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:**
**LAW CLERK:** Laura Wilson
**COURT REPORTER:**
**DATE:** October 26, 2004       **TIME:** 9:30 am

Attorney for Plaintiff(s): _____
Timothy Smith

Attorney for Defendant(s): _____
Gloria Sigman

### PROCEDURES

✓ Counsel Present.

✓ Order to issue.

Remarks: π to dismiss City as ∆ and case to be dismissed