### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY SLOAN,** | : | **CASE NO. C-1-01-592** |
| Plaintiff, | : | (M. J. Timothy S. Hogan) |
| | : | |
| vs. | | |
| | : | **NOTICE OF FILING OF** |
| **CITY OF CINCINNATI, et al.** | | **AFFIDAVIT OF MICHAEL** |
| | : | **J. HARMON** |
| Defendants. | | |
| | : | |

Notice is hereby given that the Affidavit of Michael J. Harmon, attached hereto, has been filed for the Court's consideration in support of the City of Cincinnati's pending Motion for Summary Judgment, filed previously in this matter on March 5, 2004.

On October 26, 2004, a status conference was held in this matter, at which time a courtesy copy of this Affidavit was hand delivered to the Court in Chambers. In satisfaction of the Court's request, the Defendants electronically file same.

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
**City Solicitor**


*/s/ Gloria Sigman*
**GLORIA SIGMAN (0065145)**
Sr. Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-4707
FAX: (513) 352-1515
Email:gloria.sigman@cincinnati-oh.gov
Trial Counsel for Defendants


## CERTIFICATE OF SERVICE

I hereby certify on October 27, 2004 a true and accurate copy of the foregoing Notice of Filing of Affidavit of Michael J. Harmon was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Gloria Sigman*
**GLORIA SIGMAN (0065145)**
Sr. Assistant City Solicitor