UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Sloan,
   Plaintiff

vs

City of Cincinnati,
   Defendant

Case No. 1:01-cv-592-TSH
(Hogan, M. J.)

## ORDER

This matter came before the Court for a telephonic conference on October 26, 2004. Counsel for Plaintiff represented to the Court that he intends to file a motion for dismissal of defendant the City of Cincinnati. The Court directs counsel for plaintiff to file any dismissal motion within thirty days of the filing date of this order and hereby vacates the final pretrial conference and trial dates set in this case.

Date: 10/27/04

Timothy S. Hogan
United States Magistrate Judge