UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY SLOAN,** | : | Case No. C - 1 - 01 - 592 |
| **Plaintiff,** | : | Magistrate Hogan |
| vs. | : | NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT |
| **CITY OF CINCINNATI, et al.,** | : | CITY OF CINCINNATI |
| **Defendants.** | : | |

Plaintiff hereby gives notice of his dismissal of Defendant City of Cincinnati from the above captioned case pursuant to F.R.C.P. 41.

Respectfully submitted,

_____
Timothy A. Smith
Reg. No. 0032087
Attorney for Defendant
114 E. 8th St.
Cincinnati OH 45202
Tel: (513) 421-1890
Fax: (513) 621-2525

### Certificate of Service

I hereby certify that I electronically filed the foregoing Notice of Dismissal with the Clerk of Courts using the CMF/ECF system that will send notification of such filing to all parties of record. In addition, following the Court's instructions, a hard has been hand delivered to the Court.

_____