UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Sloan,
    Plaintiff

vs

City of Cincinnati,
    Defendant

Case No. 1:01-cv-592-TSH
(Hogan, M. J.)

**ORDER**

    Plaintiff initiated this action with the filing of a complaint on September 4, 2001. Plaintiff alleged civil rights violations against the City of Cincinnati, Ohio and several Cincinnati Police Officers, named and unnamed. On March 25, 2004, plaintiff filed a Notice of Voluntary Dismissal of defendant Alvin Triggs, which was approved by the Court on March 26, 2004. (Docs. 31, 32). On October 5, 2004, the Court issued an order granting the motion to dismiss filed by defendants Ronald Hale III and Laurie Shatzer. (Doc. 45). Because plaintiff never substituted named parties for the John Does 1-9 originally named in the complaint, the only defendant remaining following issuance of the Court's October 5, 2004 Order was the City of Cincinnati. Plaintiff now files notice of a voluntary dismissal of defendant the City if Cincinnati pursuant to Fed. R. Civ. P. 41. (Doc. 50).

    Plaintiff's request for dismissal of defendant the City of Cincinnati pursuant to Fed. R. Civ. P. 41(a)(2) is unopposed and is hereby granted. Given that all defendants have been dismissed (Docs. 31. 32, 45) this action is hereby TERMINATED on the docket of this Court.

/s/ Timothy S. Hogan
Timothy S. Hogan
United States Magistrate Judge