UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
JAMES BONINI
CLERK

05 OCT 20 PM 12: 44

**ANTHONY SLOAN**           Case No. C – 1 – 01 -592

    **Plaintiff,**          Magistrate Hogan

vs.

**CITY OF CINCINNATI, et al.,**     Request for re-opening case

    **Defendants.**

On the day of December 14, 2004, a motion to dismiss my case against the city of Cincinnati for vicious prosecution was filed. I realize that I haven't received a notice to resolve my case against the city of Cincinnati.

On the day of October 14, 2005, I put in a request for an update on this particular case at The United States District Court. My attorney, Timothy Allen Smith filed a motion to dismiss this case without my consent.

I am asking that the court re-open this case and review these records on my behalf. Any assistance you may be able to offer would be greatly appreciated.

Sincerely Yours,

Anthony Sloan
Plaintiff

Enclosure

Certificate of Service

On October 20th 2005. I hereby ~~sertify~~ Served all parties by us mail. Stephen S Lazarus and Marks, Timothy Allen Smith, Gloria J Sigman, Michael James Harmon.

## Contact Information

Anthony Sloan Phone: 513-221-0939
3193 Victory Parkway
Cincinnati, Ohio 45206

Availability:  Mon.-Thurs. 9a-2p
 Fri. - Open