RECEIVED
JUN 20 2006
JAMES BONINI, Clerk
CINCINNATI, OHIO

James R Schimanski
1770 Federated Building
7 West Seventh Street
Cincinnati, OH 45202

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
100 EAST FIFTH STREET, ROOM 103
**CINCINNATI, OHIO 45202**

OFFICIAL BUSINESS

CINCINNATI OH 452

**RECEIVED**

JUN 2 0 2006

JAMES BONINI, Clerk
CINCINNATI, OHIO

SCHI770  450  1 1 N C  25 06/15/06
RETURN TO SENDER
NO FORWARD ORDER ON FILE
UNABLE TO FORWARD
RETURN TO SENDER
BC: 45202224174S  PM *1415-09479-14-40